UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARY SHABESTARI,<br><br>     Plaintiff,<br><br> vs.<br><br>ALLETE, INC., BETHANY M. OWEN, SUSAN K. NESTEGARD, GEORGE G. GOLDFARB, JAMES J. HOOLIHAN, MADELEINE W. LUDLOW, CHARLES R. MATTHEWS, DOUGLAS C. NEVE, BARBARA A. NICK, ROBERT P. POWERS, and CHARLENE A. THOMAS,<br><br>     Defendants. | Case No.: 1:24-cv-04996-JGLC<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

  Notice is hereby given that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Mary Shabestari ("Plaintiff") voluntarily dismisses their claims in the above captioned action without prejudice. This notice of dismissal is being filed before service by Defendants of either an answer or a motion for summary judgment. Plaintiff's dismissal of this Action is effective upon filing of this notice.

Dated: September 3, 2024    **BRODSKY & SMITH**

             By: *Evan J. Smith*
               Evan J. Smith
               240 Mineola Boulevard
               Mineola, NY  11501
               Phone:  (516) 741-4977
               Facsimile (561) 741-0626

               *Attorneys for Plaintiff*